United States District Court

Eastern District of California

Richard L. Alley,

      Petitioner,   No. Civ. S 04-1934 MCE PAN P

  vs.   Order

Tom L. Carey, et al.,

      Respondents.

-oOo-

   September 16, 2004, petitioner filed a petition for a writ of habeas corpus challenging the procedures used in a disciplinary proceeding.  June 24, 2005, petitioner filed a habeas petition challenging the decision finding him unsuitable for parole.  Despite the new challenge, the June 24, 2005, petition was designated an "amended petition" in this case.

   Accordingly, the Clerk of the Court is directed to remove the June 24, 2005, petition from this file and to open a new case file for it.

1 | So ordered.
2 | Dated: August 17, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge

alle1934.new case.