1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 RICHARD L. ALLEY,              No. CIV-S-04-1934 MCE/PAN P

12          Petitioner,

13      v.                        **<u>ORDER</u>**

14 TOM L. CAREY,

15          Respondent.
   _____/

16

17      October 17, 2005, the court dismissed this action upon the

18 ground petitioner's default of a state procedure bars federal

19 review of the petition and the clerk of the court duly entered

20 judgment.  Petitioner seeks relief from judgment.

21      Pursuant to Fed. R. Civ. P. 60(b):

22      On motion and upon such terms as are just, the court
        may relieve a party or a party's legal representative
23      from a final judgment, order or proceeding for the
        following reasons: (1) mistake, inadvertence, surprise,
24      or excusable neglect; (2) newly discovered evidence
        which by due diligence could not have been discovered in
25      time to move for a new trial under Rule 59(b);

26 ///

1   (3) fraud (whether heretofore denominated intrinsic or
    extrinsic), misrepresentation, or other misconduct of an
2   adverse party; (4) the judgment is void; (5) the judgment
    has been satisfied, released or discharged, or a prior
3   judgment upon which it is based has been reversed or
    otherwise vacated, or it is no longer equitable that the
4   judgment should have prospective application; or (6) any
    other reason justifying relief from the operation of the
5   judgment.

6       Petitioner does not demonstrate he is entitled to relief

7   from judgment.

8       Accordingly, petitioner's October 25, 2005, motion is

9   denied.

10      IT IS SO ORDERED.

11  DATE: November 2, 2005

12

13

14                          _____
                            MORRISON C. ENGLAND, JR
15                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26