IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD L. ALLEY,                           No. CIV-S-04-1934 MCE/PAN P

       Petitioner,

  v.                                            <u>ORDER</u>

TOM L. CAREY,

       Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's October 17, 2005, denial of his Application for a Writ of Habeas Corpus.  Before Petitioner can appeal this decision, a Certificate of Appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
///

1

The court must either issue a Certificate of Appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

For the reasons set forth in the Magistrate Judge's August 31, 2005, Findings and Recommendations, Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a Certificate of Appealability should not issue in this action.

IT IS SO ORDERED.

DATED: December 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE